UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:10-cr-260-Orl-22GJK

BILL THOMAS WATSON, JR.

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

Pursuant to Local Rule 6.01(c)(16), on June 29, 2020, I conducted the Final Probation Revocation Hearing of the Defendant on the Petition for Warrant or Summons for Offender Under Supervision filed January 22, 2020 by Probation Officer Jackie Boughner.

In the Petition, Probation Officer Jackie Boughner alleges the Defendant was in violation of:

- Supervised Release Standard Condition 1, Violations 1 through 4

Which states that while on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance, and shall not possess a firearm or destructive device. The defendant shall comply with the standard conditions that have been adopted by this court.

On December 12, 2019, the defendant as arrested and charged for Assault in Volusia County Circuit Court, Daytona Beach, Florida Docket #2019-MM-315424, Count 2.

On January 15, 2020, the defendant hit the victim with an open hand, knocking her to the ground. When she tried to dial 911, he grabbed the phone and broke it. He was subsequently charged with Tampering with A Witness in Volusia County Circuit Court, Daytona Beach, Florida, Docket #2020-CF-300280, Count 1.

On January 15, 2020, the defendant hit the victim with an open hand, knocking her to the ground. He was subsequently charged with Batter in Volusia County Circuit Court, Daytona Beach, Florida Docket #2020-CF-300280, Count 2.

On January 15, 2020, the defendant began to tense up and pull away when deputies attempted to place him under arrest. He was subsequently charged with Resisting an Officer Without

Violence in Volusia County Circuit Court, Daytona Beach, Florida, Docket #2020-CF-300280, Count 3

The Defendant admitted violating the Conditions as set forth in the Petition for Warrant or Summons for Offender Under Supervision.

Accordingly, the undersigned finds that the Defendant has violated the terms of his probation and respectfully recommends that the Court enter an Order to Show Cause why his Supervised Release should not be revoked.

The Defendant is in custody of the U.S. Marshal pending sentencing.

A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails to object to that finding or conclusion within fourteen days after issuance of the Report and Recommendation containing the finding or conclusion.

Recommended in Orlando, Florida on this 29th day of June, 2020.

THOMAS B. SMITH
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal
United States Probation Office
United States Attorney
Federal Public Defender
District Judge